UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

Reynaldo Reyes
_____Plaintiff,_____

[Insert full name of plaintiff/prisoner]

-against-

Nassau County
Police Department (Hempstead)
_____
_____

Police Officer Hogan
_____Defendant(s)._____

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**CV 21 4036**

JURY DEMAND
YES ✓   NO ___

SEYBERT, J.

WICKS, M.J.

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** Reynaldo Reyes

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Facility
100 Carman Ave.
East Meadow, N.Y. 11554

Prisoner ID Number: 2019005422

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

P.O. Hogan
Full Name

Hempstead Police Officer
Job Title

99 nichols ct. Hempstead, N.Y. 11550
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

|                | Address |
|---|---|
| Defendant No. 4 | |
| | Full Name |
| | Job Title |
| | Address |
| Defendant No. 5 | |
| | Full Name |
| | Job Title |
| | Address |

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? *Backyard of 46 Elm St. Hempstead, N.Y. 11550*

When did the events happen? (include approximate time and date) *September 22nd, 2019 at 5:30 Am*

3

Facts: (what happened?)

I was tased on my right backside ribcage. During the course of me running from the officers I was injured by the electric shock of the taser. I had no type of physical contact nor did I pose any type of physical threat. And I did not have any weapon nor had any weapon brandished and I was not posing any threat to my safety.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I was electrocuted and passed out. And I had two prongs removed by hospital staff. I suffered severed trauma.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

$250,000

I declare under penalty of perjury that on 9/22/19 (date), I delivered this complaint to prison authorities at Hempstead Police Department (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/41/21

Reynaldo Reyes
Signature of Plaintiff

Nassau C.F.
Name of Prison Facility or Address if not incarcerated

100 Carman Ave,
East Meadow, N.Y. 11554
Address

2019005422
Prisoner ID#

rev. 12/1/2015

5

Mr. Reynaldo Reyes
C.C.# 2219005722
Location: E|F5
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146





Attention: Pro Se Office
United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, N.Y. 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 14 2021 ★

LONG ISLAND OFFICE

117228443B C0C3